

Entered on Docket
November 03, 2010

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**
_____

George Haines, Esq.  
HAINES & KRIEGER, LLC  
1020 Garces Ave.  
Las Vegas, NV 89101  
Phone: (702) 880-5554  
FAX: (702) 385-5518  
Email: info@hainesandkrieger.com  
Attorney for Donovan York & Ana Rios

E-FILED: November 3, 2010

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>**Donovan York & Ana Rios**,<br><br>Debtor(s). | ) Case No. BKS-09-34209-LBR<br>) Chapter 13<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### EX- PARTE ORDER AND MOTION TO DISMISS CHAPTER 13 CASE

COME NOW, Debtor, **Donovan York & Ana Rios** by and through attorney of record, George Haines, Esq., and hereby elects pursuant to 11 U.S.C. § 1307(b), to dismiss the above-captioned case. The Debtor is entitled to dismiss this case because:

1. This case, filed on December 29, 2009, is a case under Chapter 13 of the Bankruptcy Code.

2. This case has not been previously converted under Section 706 or 1112 of the Bankruptcy Code.

- 1 -

- 2 -

**IT IS THEREFORE ORDERED** that Case No. 09-34209-LBR is hereby dismissed.

Dated: November 3, 2010

/s/George Haines, Esq.
George Haines, Esq.
Attorney for Debtor(s)

###